```
             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF FLORIDA
                  PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 09-50285-PCY5
                                          CHAPTER 13
RUSSELL E. ROGERS, JR.
AMANDA L. ROGERS

            _____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FORD MOTOR CREDIT COMPANY which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 408637 in the amount of 312.97 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

RUSSELL E. ROGERS, JR.   FORD MOTOR CREDIT COMPANY
AMANDA L. ROGERS          P.O. BOX 537901
4020 PATE POND ROAD       LIVONIA, MI 48153-7901
VERNON, FL 32462

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
2/25/2011  1:51 pm / CR_213        OFFICE OF CHAPTER 13 TRUSTEE